# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trinity Warner, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>Experian Information Solutions Incorporated,<br><br>            Defendant. | **NO. CV-15-01212-PHX-GMS (LEAD CASE)**<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>**Consolidated With:**<br>No. CV-16-01888-PHX-GMS<br>No. CV-16-01883-PHX-GMS<br>No. CV-16-01879-PHX-GMS<br>No. CV-16-01877-PHX-GMS<br>No. CV-16-01847-PHX-GMS<br>No. CV-16-01727-PHX-GMS<br>No. CV-16-01834-PHX-GMS<br>No. CV-16-01824-PHX-GMS<br>No. CV-16-01825-PHX-GMS<br>No. CV-16-01728-PHX-GMS<br>No. CV-16-01890-PHX-GMS<br>No. CV-16-01844-PHX-GMS<br>No. CV-16-01731-PHX-GMS<br>No. CV-16-01729-PHX-GMS<br>No. CV-16-01730-PHX-GMS<br>No. CV-16-01845-PHX-GMS<br>No. CV-16-01833-PHX-GMS<br>No. CV-16-00660-PHX-GMS<br>No. CV-16-00661-PHX-GMS<br>No. CV-16-00663-PHX-GMS<br>No. CV-16-00665-PHX-GMS<br>No. CV-16-00666-PHX-GMS<br>No. CV-16-00667-PHX-GMS<br>No. CV-16-01039-PHX-GMS<br>No. CV-16-02987-PHX-GMS<br>No. CV-16-03038-PHX-GMS<br>No. CV-16-03039-PHX-GMS<br>No. CV-16-03040-PHX-GMS |

No. CV-16-03041-PHX-GMS
No. CV-16-03005-PHX-GMS

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed August 17, 2017, which granted the Motion for Summary Judgment, judgment is entered in favor of Experian Information Solutions, Inc. and against each Plaintiff in this consolidated matter.

Brian D. Karth
District Court Executive/Clerk of Court

August 17, 2017

By  s/ Katrina Smith
     Deputy Clerk